UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY ZIER,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANK KENDALL, III, Secretary of the Air Force,<br><br>      Defendant. | Civil Action No. 24-3429 (TJK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz on behalf of Defendant.

Dated: February 19, 2025
       Washington, DC

Respectfully submitted,

By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512

*Attorney for the United States of America*