UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY ZIER,

                Plaintiff,

     v.

FRANK KENDALL, III, Secretary of the Air
Force,

                Defendant.

Civil Action No. 24-3429 (TJK)

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant the Secretary of the Air Force, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves for an extension of time until March 27, 2025, to file a response to Plaintiff Jeremy Zier's writ of coram nobis. Defendant's response is currently due on February 25, 2025. Pursuant to Local Civil Rule 7(m), Plaintiff, through counsel, consents to the relief requested herein. The grounds for this motion are set forth below.

Plaintiff, a retired Airman, brings this action against the Air Force challenging his conviction for dereliction of duty and abusive sexual contact in violation of Articles 92 and 120 of the Uniformed Code of Military Justice. *See* Compl. ¶ 6. Zier's conviction for dereliction of duty was ultimately set aside. *Id*. ¶ 16.

Undersigned counsel for Defendant was only recently assigned this action a little more than a week before Defendant's response deadline. At present, undersigned counsel carries an extremely voluminous caseload of approximately 90 cases in the District and Circuit Courts combined, with several deadlines between the date of assignment and the day of Defendant's response due on February 25, 2025. These deadlines continue well into March. In addition, undersigned counsel has reached out to the relevant agency but has not yet been able to connect

with the assigned attorney to discuss this matter or determine a path forward. As such, Defendant needs an additional period to review the allegations in Plaintiff's writ and determine the appropriate next steps. Counsel for Plaintiff graciously consents to the relief requested.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first extension of time in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, and determine how to best move forward. Plaintiff will not be prejudiced by the requested extension as there are no other deadlines currently in place.

WHEREFORE, Defendant respectfully requests that the deadline to file their responsive pleading be extended through and including March 27, 2025. A proposed order is enclosed herewith.

Dated: February 20, 2025
         Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR. #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
     BRENDA GONZÁLEZ HOROWITZ
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY ZIER,

    Plaintiff,

  v.

FRANK KENDALL, III, Secretary of the Air Force,

    Defendant.

Civil Action No. 24-3429 (TJK)

## **[PROPOSED] ORDER**

   Upon consideration of Defendant's unopposed motion for extension of time, it is hereby ORDERED that Defendant's motion is GRANTED.

   It is further ordered that Defendant shall file its responsive pleading on or before March 27, 2025.

   SO ORDERED.


_____    _____
Dated              TIMOTHY J. KELLY
                 United States District Judge